UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**KATIE SCZESNY,** *et al.*,

Plaintiffs,

v.

**PHILIP MURPHY,** *in his official and personal capacity*, ***et al.***,

Defendants.

Civil Action No. 22-2314 (ZNQ) (RLS)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants State of New Jersey and Philip Murphy, in his official and personal capacity (the "Motion," ECF No. 35). For the reasons set forth in the accompanying Opinion,

**IT IS** on this **11th** day of **March 2024**,

**ORDERED** that Defendants' Motion (ECF No. 35) is hereby **GRANTED** without further leave for Plaintiffs to amend; and it is further

**ORDERED** that the Clerk is instructed to mark this matter **CLOSED**.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**